**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY BURGO,<br><br>                Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 3:20-cv-02466-JLS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE/ CASE MANAGEMENT CONFERENCE FOR 28 DAYS DUE TO SCHEDULED MEDIATION**<br><br>**[ECF 11]** |

      Before the Court is the parties' Joint Motion to continue the Early Neutral Evaluation ("ENE") Conference and Case Management Conference due to the parties' having scheduled private mediation for April 13, 2021.

      For good cause shown, the Court hereby:

      (1)    Continues the ENE Conference/Case Management Conference to **May 14, 2021 at 2:00 p.m.**[1]  Confidential ENE Statements shall be submitted no later

---

[1] Counsel for the parties should receive the invitation to the video conference at the email(s) listed for counsel in the docket.  They should receive the invitation by the end of the day by May 14, 2021.  It they do not receive the invitation by then, they should email efile_skomal@casd.uscourts.gov.

- 1 -

than **April 30, 2021**.

(2) The Rule 26(f) conference shall be completed on or before April 16, 2021.

(3) The date of initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur before April 23, 2021.

(4) A Joint Discovery Plan shall be filed on the CM/ECF system as well as emailed to efile_skomal@casd.uscourts.gov on or before April 30, 2021.

The Court refers the parties to its Notice and Order: (1) For Early Neutral Evaluation Conference, (2) Setting Rule 26 Compliance and Case Management Conference [Doc. 10] for further requirements.

**IT IS SO ORDERED.**

Dated: March 18, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge