UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BURGO,<br><br>                              Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 to 10, inclusive,<br><br>                              Defendant. | Case No.: 20-cv-2466 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>(ECF No. 15) |

Presently before the Court is the Parties' Joint Motion to Dismiss Entire Action with Prejudice (ECF No. 15).  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE,** with each Party to bear its or her own costs and attorney's fees.  The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated:  May 7, 2021

                                                         *Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge